

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00280-CR

**EX PARTE** Miguel **MARTINEZ**,

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4203
Honorable W.C. Kirkendall, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the habeas court's order denying the application for writ of habeas corpus is AFFIRMED.

SIGNED July 31, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice

---

[1] The Honorable Lori Valenzuela is the presiding judge of the 437th District Court, Bexar County Texas. The Honorable W.C. Kirkendall, retired, was sitting by assignment. Judge Kirkendall signed the order at issue in this matter.